No. 5742.—MEJÍAS, aplte., v. VÉLEZ, apldo.—C. D. Aguadilla. ▇▇▇▇▇▇▇▇▇▇▇ Noviembre 9, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

RESULTANDO, que Acisclo Mejías demandó en la Corte Municipal de San Sebastián a José R. Vélez y a dos personas más como deudores solidarios de varias obligaciones de pagar dinero, constantes en varios pagarés;

RESULTANDO, que en rebeldía del demandado José R. Vélez, el secretario de dicha corte registró sentencia condenatoria contra ese demandado, quien apeló de ella para ante la Corte de Distrito de Aguadilla;

RESULTANDO, que en esa corte de apelación solicitó el demandante que fuese desestimado el recurso de dicho demandado y fué negada su petición, celebrándose después el juicio y dictándose sentencia condenatoria contra José R. Vélez, con pronunciamientos idénticos a los de la corte municipal;

RESULTANDO, que el demandante apeló de esa sentencia para ante nosotros, limitando la apelación, según el alegato que nos ha presentado, a sostener que la corte de distrito debió desestimar la apelación que Vélez interpuso contra la sentencia de la corte municipal;

RESULTANDO, que el apelado Vélez nos pide que desestimemos la apelación del demandante porque éste no la notificó a todas las partes demandadas;

CONSIDERANDO, que no habiendo sido condenados por la sentencia recurrida los otros dos demandados, éstos no pueden ser afectados por el recurso establecido por el demandante, tanto más cuanto que el apelante no interesa la revocación del fallo dictado a su favor sino que debió ser de-

sestimada la apelación que origina la sentencia pronunciada por la corte de distrito, por lo que no es de aplicación lo dispuesto en el artículo 296 del Código de Enjuiciamiento Civil, por no ser esos demandados partes contrarias en la presente apelación;

*No ha lugar* a desestimar este recurso de apelación.